The Fidelity & Casualty Company of New York, *Appellant,* v. Coley & Peterson, Inc., of Virginia, *Appellee.*

Division B.

Decision filed February 13, 1930.

*S. J. Barco,* for Appellant;

*Hudson & Cason,* for Appellee.

Per Curiam.—In this case the same question is presented as in The Fidelity & Casualty Company of New York v. D. N. Morrison Company, Inc., of Virginia, decided at this term. Upon authority of that case, the order appealed from herein is reversed and the cause remanded with like directions.

Reversed.

Whitfield, P. J., and Strum and Buford, J. J., concur.

Terrell, C. J., and Ellis, J., concur in the opinion and judgment.

Brown, J., dissents.